■ WILLIAM E. HAMILTON, Appellant, v BOARD OF EDUCATION OF JORDAN-ELBRIDGE CENTRAL SCHOOL DISTRICT et al., Respondents. [42 NYS3d 893]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered August 7, 2015. The order and judgment, among other things, denied plaintiff's motion for partial summary judgment and granted defendants' motions for summary judgment.

It is hereby ordered that the order and judgment so appealed

from is unanimously affirmed without costs. Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.